UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNICATIONS WORKERS OF AMERICA, LOCAL 9400, AFL-CIO,<br><br>Petitioner,<br><br>v.<br><br>ADT SECURITY SERVICES, INC.,<br><br>Respondent. | Case No. 14-07824 BRO (Ex)<br><br>**ORDER APPROVING STIPULATION TO DISMISS ACTION** |

The Court having reviewed the Stipulation to Dismiss Action submitted by Petitioner Communications Workers of America, Local 9400, AFL-CIO ("Petitioner") and Respondent ADT Security Services, Inc. ("Respondent") , and good cause appearing,

IT IS HEREBY ORDERED that:

1. The instant action is dismissed with prejudice.
2. Each party shall bear its own attorneys fees and costs.

**IT IS SO ORDERED.**

Dated:  April 6, 2015

_____
United States District Court
Judge Beverly Reid O'Connell